CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 1 5 2007

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

THOMAS S. DRAPER,            )
    Petitioner,            )       Civil Action No. 7:07-cv-00274
                )
v.            )       **FINAL ORDER**
                )
WARDEN, BUCKINGHAM            )
CORR.  CTR.,            )       **By: Hon. James C. Turk**
    Respondent.            )       **Senior United States District Judge**

In accordance with the written memorandum opinion entered this day, it is hereby

## ADJUDGED AND ORDERED

that this petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254, shall be and hereby is

**DISMISSED** as untimely, pursuant to Rule 4 of the Rules Governing § 2254 Proceedings, and

28 U.S.C. § 2244(d)(1); and that this action is stricken from the active docket of this court.

The Clerk is directed to send copies of this order and the accompanying memorandum

opinion to the petitioner.

ENTER:  This _15th_ day of June, 2007.


                        Senior United States District Judge