CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 15 2007

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| THOMAS S. DRAPER, <br> Petitioner, | Civil Action No. 7:07-cv-00274 |
| v. | **FINAL ORDER** |
| WARDEN, BUCKINGHAM CORR. CTR., <br> Respondent. | By: Hon. James C. Turk <br> Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

## ADJUDGED AND ORDERED

that this petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254, shall be and hereby is **DISMISSED** as untimely, pursuant to Rule 4 of the Rules Governing § 2254 Proceedings, and 28 U.S.C. § 2244(d)(1); and that this action is stricken from the active docket of this court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the petitioner.

ENTER: This 15th day of June, 2007.

/s/ James C. Turk
Senior United States District Judge